THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Michael A. Correia (SBN 321169)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
mike@karlinlaw.com
mac@karlinlaw.com

Attorneys for Defendants: MD & MD Properties, LLC,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MD & MD Properties, LLC, a California Limited Liability Company; Laseraway Medical Group, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:19-cv-03381-DSF-AS<br><br>Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days<br>(L.R. 8-3)<br><br>Complaint served: May 6, 2019 for Defendant MD & MD Properties, LLC<br>Current response date: May 28, 2019 for Defendant MD & MD Properties, LLC<br>New response date: June 27, 2019 for Defendant MD & MD Properties, LLC |

　　　The following stipulation is entered into by and between Plaintiff Brian Whitaker and Defendant MD & MD Properties, LLC, in this action ("Parties"), by and through their respective counsel of record. The Parties hereby enter into the following stipulation:

1. Plaintiff agrees to give Defendant MD & MD Properties, LLC an extension to respond to the Complaint.

2. Original due date to respond to the Complaint was on May 28, 2019 for Defendant MD & MD Properties, LLC.

4. It is agreed and stipulated that the new due date for Defendant MD & MD Properties, LLC will be June 27, 2019.

Good cause exists for this extension as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

Accordingly, the Parties stipulate to the above.

IT IS SO STIPULATED.

DATED:  May 28, 2019			**CENTER FOR DISABILITY ACCESS**

           By: /s/ Phyl Grace
            Phyl Grace, Esq.
            Attorney for Plaintiff,
            Brian Whitaker

DATED:  May 28, 2019			**THE KARLIN LAW FIRM LLP**

           By: /s/ Michael A. Correia
            Michael A. Correia, Esq.
            Attorney for Defendant,
            MD & MD Properties, LLC

I, Michael A. Correia attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Michael A. Correia
Michael A. Correia, Esq.