CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>        Plaintiff, <br><br>   v. <br><br> **MD & MD Properties, LLC**, a California Limited Liability Company; <br> **Laseraway Medical Group, Inc.**, a California Corporation; and Does 1-10, <br><br>        Defendants. | **Case No**. 2:19-CV-03381-DSF-AS <br><br> **Request for Entry of Judgment Pursuant to FRCP 68(a)** |

   PLEASE TAKE NOTICE THAT Plaintiff has accepted an FRCP 68 Offer of Judgment from Defendant Laseraway Medical Group, Inc., a California Corporation and served notice of the same. Attached are: Defendant's Offer (Exhibit 1), Plaintiff's Acceptance and Proof of Service (Exhibit 2).

   THEREFORE, pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff is entitled to clerk's entry of judgment pursuant to the terms of Exhibit A. "**If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file**

**the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.**" Fed. R. Civ. P. 68(a) (emphasis added). Plaintiff requests that the Court direct the clerk to enter judgment per the terms of Exhibit 1 pursuant to FRCP 68(a).

Dated: October 18, 2019         CENTER FOR DISABILITY ACCESS

                                       By:__/s/ Dennis Price_____
                                            Dennis Price, Esq.
                                            Attorney for Plaintiff