UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MD & MD Properties, LLC**, a California Limited Liability Company; **Laseraway Medical Group, Inc.**, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case No**. 2:19-CV-03381-DSF-AS<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Procedure 68(a), Judgment is granted in favor of the Plaintiff and against Defendants in the amount of $4,100.

Plaintiff shall be entitled to all reasonable attorney's fees and costs of suit allowed by code and rules of court, to be determined by noticed motion.

IT IS SO ORDERED.
Date: December 17, 2019

_____

Dale S. Fischer
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff